## CAPITOL IDEA ET AL. *v.* GERALD SCIARRA (14274)

Foti, Landau and Hennessy, Js.

Argued January 18—decision released February 13, 1996

*Steven H. Meyer,* with whom, on the brief, was *R. Bartley Halloran,* for the appellants (plaintiffs).

*Louis B. Blumenfeld,* with whom, on the brief, was *Eileen Mohan Flaherty,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.